UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAN MALINOWSKI,<br><br>Plaintiff,<br><br>-against-<br><br>CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES; TRANS UNION LLC A/K/A TRANSUNION,<br><br>Defendants. | Case No.: 1:26-cv-05722<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Stan Malinowski, by and through his undersigned counsel, Petroff Amshen LLP, hereby gives notice that the complaint against Defendant Credit Control Services, Inc. d/b/a Credit Collection Services is voluntarily dismissed without prejudice.

Dated: Brooklyn, New York
October 8, 2026


**PETROFF AMSHEN LLP**
*Attorneys for Plaintiff,*
Stan Malinowski

*/s/ Serge F. Petroff*
Serge F. Petroff, Esq.
1795 Coney Island Avenue, Third Floor
Brooklyn, New York 11230
Telephone: (718) 336-4200
Email: SPetroff@petroffamshen.com